IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00055 (WLS-TQL) |
| | : |
| NIGEL SIMPSON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant's Unopposed Motion to Continue filed on November 30, 2021. (Doc. 18.) Defendant states that additional time is needed to complete review of discovery and assessment of the case, and he asks that the specially set trial in this case be continued to the May 2022 term. He also states that the Government does not oppose the requested continuance.

Based on the above-stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 18) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The scheduled December 22, 2021 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 6th day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1