IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-00055 (WLS-TQL) |
| NIGEL SIMPSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the Defendant's Response to Court Order and Unopposed Motion to Continue (Doc. 38). Therein, Defendant requests a continuance of the trial from the November 2022 trial term to the next term. Defendant requests the continuance to allow Defendant's and Government's counsel to continue plea negotiations, and for defense counsel to apprise Defendant of any plea offers communicated by the Government and to confer with Defendant to determine whether Defendant should accept a plea offer or exercise his right to trial. The Government does not oppose the requested continuance. *See* Doc. 36 at 3.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 38) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

1

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 16th day of September 2022.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**