IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00055 (WLS-TQL) |
| NIGEL SIMPSON, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

On March 13, 2023, the Court received the Government's Unopposed Motion to Reschedule Sentencing (Doc. 61) ("Motion"). Sentencing in this matter is currently scheduled for April 20, 2023 (Dkt. Ent. 57.) In the Motion, Government's Counsel, Melody Z. Ellis, indicates that she has mandatory training in Macon, Georgia, on April 20, 2023 and April 21, 2023, and moves the Court to reschedule the sentencing hearing to **Wednesday, April 19, 2023**. Government's Counsel represents that Defendant and his counsel do not object to the Motion.

For good cause shown, the Court finds that a rescheduling is appropriate and **GRANTS** the Government's Motion (Doc. 61). Defendant Nigel Simpson's Sentencing Hearing is rescheduled for **Wednesday, April 19, 2023 at 3:00 p.m**. Further said rescheduling does not affect the speed of disposition of this matter.

**SO ORDERED**, this 14th day of March 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1