IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00055 (WLS-TQL) |
| NIGEL SIMPSON, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

  The above-named Defendant was sentenced on April 19, 2023. The Parties have filed a copy of the Restitution Agreement (Doc. 67) entered into on April 19, 2023, between the United States of America, Defendant Nigel Simpson, and Defendant's Counsel, Thomas D. Church. Therein, the Parties, with the consent of the named Victim, Maria of the Best Necklace Series, have agreed that Defendant shall pay restitution in the amount of $5,000.00 to the Victim, Maria of the Best Necklace Series. The Restitution Agreement provides that "this restitution agreement shall become effective only upon the Court's acceptance of the agreement and entry of a restitution order." (Doc. 67 at 2.) At the sentencing hearing on April 19, 2023, Defendant confirmed he had agreed to pay restitution in the amount of $5,000.00 to the Victim, Maria of the Best Necklace Series.

  The terms of the Restitution Agreement were approved by the Court at the sentencing hearing and have been included in the Judgment entered simultaneously with this Order. Accordingly, to the extent the Restitution Agreement (Doc. 67) constitutes a motion for the Court to accept the terms of the Restitution Agreement, it is hereby **GRANTED**.

  **SO ORDERED**, this 24th day of April 2023.

                /s/ W. Louis Sands
                **W. LOUIS SANDS, SR. JUDGE**
                **UNITED STATES DISTRICT COURT**