IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:21-CR-00055 (WLS-TQL) |
| NIGEL SIMPSON, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Presently before the Court is the Defendant's Unopposed Motion to Amend Judgment (Doc. 66) ("Motion"). Therein, Defendant requests that this Court recommend to the Bureau of Prisons ("BOP") that Defendant serve his sentence at FCI Talladega, as this is the facility closest to his family. Defendant's Counsel states he intended to make this request at Defendant's sentencing hearing held April 19, 2023, but neglected to do so. Defendant's Counsel also indicates that the Government's Counsel does not object to this request.

Accordingly, the Court finds, and it is hereby ORDERED, that the Defendant's Motion is GRANTED as follows: The United States Probation Office ("USPO") is directed to include in its report the Court's recommendation that the Defendant be placed at FCI Talladega. The Court notes, however, that Defendant's ultimate location of incarceration will be determined by the BOP. The appropriate officer of the USPO is instructed to forward a copy of this Order to the BOP in addition to other documentation regarding Defendant's sentence.

**SO ORDERED**, this 24th day of April 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**